FILED
08 FEB -7 AM 11: 43

[illegible stamp] U.S. DISTRICT COURT
[illegible] DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT H. CERON, etc.,                        Case No. C07-5902 EMC

    Libellant,

    v.

GMAC MORTGAGE, et al.,

    Libellees,
_____/

ROBERT H. CERON, etc.,

    Injured Third Party Intervener/Petitioner/
    Libellant,

    v.

GMAC MORTGAGE, et al.,

    Third Party Defendants/Libellees,
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order

the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 2/4/08

_____
Signature
Counsel for: Pro-Se
(Name of party or indicate "pro se")

United States District Court
For the Northern District of California