IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERTO H. CERON,                      No. C 07-05902 SI

       Plaintiff,                                 **ORDER DISMISSING CASE**

  v.

GMAC MORTGAGE,

       Defendant.
                                    /

On July 31, 2009, the Court issued an order for plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to timely serve defendant. The Court ordered plaintiff to file a declaration by August 14, 2009 stating why this case should not be dismissed. In its July 31 order, the Court notified plaintiff that failure to comply with that order would result in dismissal of plaintiff's case.

Plaintiff has not filed a declaration as ordered by the Court, nor has he otherwise contacted the Court. Accordingly, the Court dismisses this case without prejudice.

**IT IS SO ORDERED.**

Dated: August 19, 2009

                                                 SUSAN ILLSTON
                                                 United States District Judge