IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO H. CERON, | No. C 07-05902 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GMAC MORTGAGE, | |
| Defendant. / | |

This action is dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 19, 2009

SUSAN ILLSTON
United States District Judge